THE PEORIA, DECATUR & EVANSVILLE RAILWAY
COMPANY

v.

B. B. BOOTH.

MOTION FOR NEW TRIAL—CAUSES SUGGESTED.—Where the motion for
a new trial does not suggest as a cause therefor that the damages were ex-
cessive, such objection can not be urged on appeal.

APPEAL from the Circuit Court of Jasper county; the
Hon. THOMAS S. CASEY, Judge, presiding. Opinion filed Sep-
tember 29, 1882.

Mr. JOHN B. COHRS and Mr. J. P. ROBINSON, for appellant.

Messrs. FITHIAN, HEAP & WHEELER, for appellee.

PER CURIAM.   The causes for a new trial were specified in
the motion filed therefor in the court below.   It was not sug-
gested as a cause for new trial that the damages were excessive.
This being so, this ground for a new trial can not be urged in
this court.   Emory v. Addis, 71 Ill. 274; Jones v. Jones,
Idem, 562; R. R. Co. v. McMath, 91 Ill. 104.

The judgment is affirmed.

CASEY, J., took no part in the decision of this case.